```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 63367
   ALFONSO DUARTE
   DARLENE S DUARTE                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-4854    SSN XXX-XX-3848

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 11/09/2005 and was confirmed 03/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 02/25/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
COUNTRYWIDE HOME LOAN      CURRENT MORTG           .00           .00           .00
DAIMLER CHRYSLER FINANCI   SECURED             3281.34        440.97       3144.09
COOK COUNTY TREASURER      SECURED                 .00           .00           .00
COOK COUNTY TREASURER      SECURED                 .00           .00           .00
BAKER MILLER MARKOFF & K   UNSECURED         NOT FILED           .00           .00
CREDIT PROTECTION          UNSECURED         NOT FILED           .00           .00
B-LINE LLC                 UNSECURED            938.44           .00         93.84
GEMB/JC PENNEY             UNSECURED         NOT FILED           .00           .00
GEMB M WARD                UNSECURED         NOT FILED           .00           .00
HSBC AUTO FINANCE          UNSECURED         NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED            232.04           .00         23.20
MRSI                       UNSECURED         NOT FILED           .00           .00
NATIONWIDE ACCEPTANCE~     UNSECURED         NOT FILED           .00           .00
ONYX ACCEPTANCE CORP       UNSECURED         NOT FILED           .00           .00
PALISADES COLLECTION LLC   UNSECURED         NOT FILED           .00           .00
WORLD FINANCIAL NETWORK    UNSECURED            595.54           .00         59.55
COUNTRYWIDE HOME LOAN      MORTGAGE ARRE      3110.85           .00       3110.85
DAIMLER CHRYSLER SERVICE   NOTICE ONLY      NOT FILED           .00           .00
WM SPECIALITY MORTGAGE L   NOTICE ONLY      NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS I   NOTICE ONLY      NOT FILED           .00           .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY        2,589.00                    2,589.00
TOM VAUGHN                 TRUSTEE                                          538.50
DEBTOR REFUND              REFUND                                            50.00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  10,050.00

PRIORITY                                          .00
SECURED                                      6,254.94

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 63367 ALFONSO DUARTE & DARLENE S DUARTE
```

```
    INTEREST                                                   440.97
UNSECURED                                                      176.59
ADMINISTRATIVE                                               2,589.00
TRUSTEE COMPENSATION                                           538.50
DEBTOR REFUND                                                   50.00
                                     ---------------    ---------------
TOTALS                                     10,050.00          10,050.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```